976 F.2d 1558
 Joseph Scott HUNTER, a/k/a Raymond C. Dirker, Petitioner-Appellant,
v.
Bernie AISPURO, Warden, Respondent-Appellee.
 No. 90-16398.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 29, 1992.
 
 1
 Before: CANBY, and KOZINSKI, Circuit Judges, and NIELSEN, District Judge.*
 
 ORDER
 
 2
 The petition of appellant for rehearing is GRANTED. This court's opinion, published at 958 F.2d 955 (9th Cir.1992), is hereby withdrawn.
 
 
 
 *
 The Honorable Wm. Fremming Nielsen, United States District Judge, Eastern District of Washington, sitting by designation